**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Randall R. Rowland                                  CHAPTER 13
        Sharon A. Rowland

                                                       BKY. NO. 19-11150 TPA

                       Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                Attorney I.D. No. 42524
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                412-430-3594
                                                jwarmbrodt@kmllawgroup.com