UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Randall R Rowland, Sharon A Rowland <br><br> Debtor(s) <br><br> Toyota Motor Credit Corporation <br><br> Movant <br><br> v. <br><br> Randall R Rowland, Sharon A Rowland <br><br> Respondent <br><br> and <br><br> Ronda J Winnecour <br><br> Additional Respondent | BK NO. 19-11150-tpa <br><br> CHAPTER 13 <br><br> RELATED TO DOCUMENT NO. 41 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation , reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota RAV 4 XLE with VIN JTMRFREV0HJ160187 in a commercially reasonable manner.

Signed this 14thday of September , 2020

_____
United States Bankruptcy Judge

cc See attached service list

Randall R Rowland
1648 Clintonville Road
Harrisville, PA 16038

Sharon A Rowland
1648 Clintonville Road
Harrisville, PA 16038

Daniel P Foster, Esq.
Foster Law Offices
Attorney for Debtors
1210 Park Ave
Meadville, PA 16335

Ronda A Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Leopold & Associates, PLLC
80 Business Park Drive, Suite 100
Armonk, NY 10504

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-11150-TPA
Randall R. Rowland                                              Chapter 13
Sharon A. Rowland
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: agro               Page 1 of 1          Date Rcvd: Sep 14, 2020
                               Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.
```
db/jdb         +Randall R. Rowland,   Sharon A. Rowland,   1648 Clintonville Road,   Harrisville, PA 16038-3912
               +Leopold & Associates, PLLC,   80 Business Park Drive, Suite 100,   Armonk, NY 10504-1704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:
```
          Daniel P. Foster    on behalf of Debtor Randall R. Rowland dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          Daniel P. Foster    on behalf of Joint Debtor Sharon A. Rowland dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          Fred W. Freitag, IV    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           fwfreitagiv@gmail.com,    LeopoldAssociatesPAX6428@projects.filevine.com
          Fred W. Freitag, IV    on behalf of Creditor    Toyota Lease Trust fwfreitagiv@gmail.com,
           LeopoldAssociatesPAX6428@projects.filevine.com
          James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```