**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 19-11150-JCM |
| | : | |
| Randall R. Rowland and | : | |
| Sharon A. Rowland, | : | Chapter 13 |
|     Debtors | : | |
| | : | |
| Randall R. Rowland and | : | |
| Sharon A. Rowland, | : | Docket No.: 56 |
|     Movants | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

Movant(s) Incorrect Address:
1648 Clintonville Road
Harrisville, PA 16038

Movant(s) Correct Address:
329 Couver Crossing
Pittsfield, PA 16340

                                            Respectfully Submitted,

Date: October 13, 2023                   /s/ Daniel P. Foster, Esquire
                                            Daniel P. Foster, Esquire
                                            PA I.D. #92376
                                            FOSTER LAW OFFICES, LLC
                                            1210 Park Avenue
                                            Meadville, PA 16335
                                            Tel: 814.724.1165
                                            Fax: 814.724.1158
                                            Dan@MrDebtBuster.com
                                            Attorney for Debtor