UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    RANDALL R. ROWLAND<br>SHARON A. ROWLAND<br>            Debtor(s) | Case No.19-11150JCM |
| Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>RANDALL R. ROWLAND<br>SHARON A. ROWLAND | Chapter 13<br><br>Document No.___58_____ |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

    AND NOW, this ___22nd___ day of _January_, 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Barnhart Transportation Llc
Attn: Payroll Manager
Po Box 247
Harborcreek,PA 16421

is hereby ordered to immediately terminate the attachment of the wages of RANDALL R. ROWLAND, social security number XXX-XX-7800. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RANDALL R. ROWLAND.

BY THE COURT:

_____jlm_____
JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

SIGNED
1/22/25 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-11150-JCM
Randall R. Rowland     Chapter 13
Sharon A. Rowland
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 2
Date Rcvd: Jan 22, 2025    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Randall R. Rowland, 329 Couver Crossing, Pittsfield, PA 16340-6623 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:

**Name**    **Email Address**

Daniel P. Foster
on behalf of Debtor Randall R. Rowland dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Joint Debtor Sharon A. Rowland dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com

Fred W. Freitag, IV
on behalf of Creditor Toyota Lease Trust fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com

Fred W. Freitag, IV
on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2025 | Form ID: pdf900 | Total Noticed: 1 |

                    LeopoldAssociatesPAX6428@projects.filevine.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 7