Certificate Number: 03088-PAW-DE-039298247

Bankruptcy Case Number: 19-11150



03088-PAW-DE-039298247

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2025, at 6:22 o'clock PM CST, Sharon A Rowland completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 1, 2025            By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor