Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Randall R. Rowland**  
**Sharon A. Rowland**  
 *Debtor(s)*

Case No. 19−11150−JCM  
Chapter: 13

**RONDA J. WINNECOUR, Trustee,**  
 *Movant(s),*

Related to Document No. 65

v.

**No Respondents**  
 *Respondent(s).*

Hearing Date: 4/24/25 at 02:00 PM

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this *The 26th of February, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 65 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before April 14, 2025**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on **April 24, 2025 at 02:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____  
John C. Melaragno, Judge  
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-11150-JCM
Randall R. Rowland     Chapter 13
Sharon A. Rowland
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Feb 26, 2025     Form ID: 300b     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randall R. Rowland, Sharon A. Rowland, 329 Couver Crossing, Pittsfield, PA 16340-6623 |
| 15168317 | + | Commonwealth of PA UCTS, Department of Labor & Industry, 651 Boas Street, Room 702, Harrisburg PA 17121-0751 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 27 2025 00:36:00 | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 15184711 | | Email/PDF: bncnotices@becket-lee.com | Feb 27 2025 01:29:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15159566 | + | Email/PDF: bncnotices@becket-lee.com | Feb 27 2025 01:39:44 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15169440 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:28:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15159567 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:51:18 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15182107 | | Email/PDF: bncnotices@becket-lee.com | Feb 27 2025 01:28:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15159568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:29:26 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15159569 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15159570 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank / Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15159571 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 27 2025 00:36:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15184896 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:40:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15159572 | | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M&t Bank, Po Box 900, Millsboro, DE 19966 |
| 15173099 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:15:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15159573 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 27 2025 00:36:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15159574 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:15:21 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15168958 | | Email/PDF: cbp@omf.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 300b | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 27 2025 01:16:03 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15179655 | | Email/PDF: cbp@omf.com | | |
| | | | Feb 27 2025 01:29:13 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15159575 | + | Email/PDF: cbp@omf.com | | |
| | | | Feb 27 2025 02:21:41 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15171028 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 27 2025 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15185957 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 27 2025 00:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15169582 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Feb 27 2025 00:36:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15159576 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Feb 27 2025 00:37:00 | Toyota Motor Credit, 4 Gatehall Drive, Parsippany, NJ 07054-4518 |
| 15159577 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Feb 27 2025 00:37:00 | Toyota Motor Credit Company, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15327528 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Feb 27 2025 01:51:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15159579 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Feb 27 2025 00:53:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 15159578 | + | Email/Text: jsprentz@urc.com | | |
| | | | Feb 27 2025 00:54:00 | United Refining, 213 2nd Avenue, Warren, PA 16365-2405 |
| 15159580 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Feb 27 2025 01:28:46 | Wells Fargo Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15187327 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Feb 27 2025 02:44:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 15190485 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025                Signature:        /s/Gustava Winters

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Feb 26, 2025 | Form ID: 300b | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Randall R. Rowland dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Sharon A. Rowland dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Fred W. Freitag, IV | on behalf of Creditor Toyota Lease Trust fwfreitagiv@gmail.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| Fred W. Freitag, IV | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7