# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RANDALL R. ROWLAND
SHARON A. ROWLAND
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-11150

Chapter 13

Document No.: 65

## ORDER OF COURT

AND NOW, this __15th__ day of __April__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
4/15/25 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11150-JCM |
| Randall R. Rowland | Chapter 13 |
| Sharon A. Rowland | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randall R. Rowland, Sharon A. Rowland, 329 Couver Crossing, Pittsfield, PA 16340-6623 |
| 15168317 | + | Commonwealth of PA UCTS, Department of Labor & Industry, 651 Boas Street, Room 702, Harrisburg PA 17121-0751 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 16 2025 01:27:00 | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 15184711 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:48:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15159566 | + | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:48:22 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15169440 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:36:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15159567 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:37:07 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15182107 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:36:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15159568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:37:05 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15159569 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15159570 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank / Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15159571 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:36:39 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15184896 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:37:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15159572 | | Email/Text: camanagement@mtb.com | Apr 16 2025 01:27:00 | M&t Bank, Po Box 900, Millsboro, DE 19966 |
| 15173099 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2025 01:36:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15159573 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 16 2025 01:27:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15159574 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2025 01:35:58 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15168958 | | Email/PDF: cbp@omf.com | | |

Case 19-11150-JCM   Doc 72   Filed 04/17/25   Entered 04/18/25 00:31:06   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Method/Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 16 2025 01:36:59 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15179655 | | Email/PDF: cbp@omf.com | | |
| | | | Apr 16 2025 01:36:14 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15159575 | + | Email/PDF: cbp@omf.com | | |
| | | | Apr 16 2025 01:48:45 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15171028 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 16 2025 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15185957 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 16 2025 01:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15169582 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Apr 16 2025 01:27:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15159576 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Apr 16 2025 01:27:00 | Toyota Motor Credit, 4 Gatehall Drive, Parsippany, NJ 07054-4518 |
| 15159577 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Apr 16 2025 01:27:00 | Toyota Motor Credit Company, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15327528 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Apr 16 2025 01:36:48 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15159579 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Apr 16 2025 01:28:00 | Us Bank, PO Box 108, Saint Louis, MO 63166 |
| 15159578 | + | Email/Text: jsprentz@urc.com | | |
| | | | Apr 16 2025 01:28:00 | United Refining, 213 2nd Avenue, Warren, PA 16365-2405 |
| 15159580 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Apr 16 2025 01:48:22 | Wells Fargo Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15187327 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Apr 16 2025 01:48:28 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 15190485 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 17, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | on behalf of Debtor Randall R. Rowland dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Sharon A. Rowland dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Fred W. Freitag, IV | on behalf of Creditor Toyota Lease Trust fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Fred W. Freitag, IV | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7